# 08CRIM 804

REQUEST FOR COURT ACTION / DIRECTION

TO: Jim Molinelli
Docket Clerk

OFFENSE: Possession With Intent To Distribute 100 Grams Or More Of A Mixture And Substance Containing A Detectable Amount Of Heroin, A Schedule I Controlled Substance (21 USC 841 (a)(1) and (b)(1)(B)(i). Importation Of 100 Grams Or More Of A Mixture And Substance Containing A Detectable Amount Of Heroin, A Schedule I Controlled Substance (21 USC 952 (a) and 960 (b)(2)(A). A Class B Felony.

ORIGINAL SENTENCE: (60) months imprisonment; five (5) years of supervised release

FROM: Kyle Crayton
Sr. U.S. Probation Officer

SPEC. CONDITIONS: The defendant shall participate in a program, inpatient or outpatient, for the treatment of drug and/or alcohol addiction, dependency or abuse which may include, but not limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs and/or alcohol. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by the Program director with the approval of the probation officer. The defendant shall further submit to drug-detection techniques, in addition to those performed by the treatment agency, as directed by the probation officer. The defendant will incur costs associated with such drug/alcohol detection and treatment, based on ability to pay as determined by the probation officer.



AUSA: To be Determined

RE: XAVIER BAJANA
Docket # 4:04CR00152-001

DATE OF SENTENCE: 08/20/2004

DATE: August 14, 2008

ATTACHMENTS:  PSI     JUDGMENT X     PREVIOUS REPORTS
VIOLATION  PETITION

REQUEST FOR:    WARRANT____    SUMMON ____    COURT DIRECTION ___

## ASSIGNMENT FOR TRANSFER OF JURISDICTION

On August 20, 2004, the above-mentioned individual was sentenced as outlined above in the Southern District of Texas, by the Honorable Sim Lake, U.S. District Judge.

On August 11, 2008, we received a letter from the Southern District of Texas, advising that the Honorable Sim Lake, U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Bajana's transfer to the Southern District of New York. At this time, we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of Transfer of Jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

BAJANA, XAVIER — - 2 - — 50587/KDC

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                  Respectfully submitted,

                                  Chris J. Stanton
                                  Chief U.S. Probation Officer

By: _____ 8/14/08
                                  Kyle Crayton
                                  Sr. U.S. Probation Officer
                                  212-805-5154

Approved By: _____ 8/14/08
               Enid Febus            Date:
               Supervising U.S. Probation Officer
               (212) 805 - 5074